Stephanie J. Smith (Nevada Bar No. 11280)
FINK STEINBERG HERNANDEZ MULLER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 826-3307
Facsimile: (702) 826-3327
sjsmith@finksteinberg.com

Attorneys for Defendants
BLACKHEATH BEVERAGE GROUP, LLC,
ZING HOLDINGS LLC, and JAY HARKINS

David J. Otto, (Nevada State Bar No. 5449)
David Otto & Affiliates, PC
Nevada Bar #5449
1433 North Jones Boulevard
Las Vegas, NV 89108
Phone: (702) 419-1222
Fax: (702) 778-3670
davidottolaw@yahoo.com

Attorney for Plaintiff
JANE SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE SANTOS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BLACKHEATH BEVERAGE GROUP, LLC, a Connecticut corporation, ZING HOLDINGS LLC, a Connecticut corporation, and JAY HARKINS, an individual,<br><br>　　　　　Defendants. | CASE NO. 2:14-CV-02122-JCM-(CWH)<br><br>**STIPULATION FOR EARLY NEUTRAL EVALUATION AND ORDER** |

　　　　Plaintiff JANE SANTOS ("Plaintiff") and Defendants BLACKHEATH BEVERAGE GROUP, LLC, ZING HOLDINGS LLC, and JAY HARKINS (collectively "Defendants"), by and through their respective counsel of record, hereby agree pursuant to Defendants' request, and Plaintiff's lack of objection, that in-person attendance of carrier(s) and/or carrier representatives be excused, and for said

carrier and/or carrier representative(s) be permitted to attend telephonically. Good cause exists to excuse the personal appearance of same, as they have family and personal scheduling conflicts due to Father's Day falling on the Sunday just prior to the presently scheduled Early Neutral Evaluation.

RESPECTFULLY SUBMITTED:

Dated: May 29, 2015                                     FINK STEINBERG HERNANDEZ MULLER

                                                        /s/ Stephanie J. Smith
                                        By:             _____
                                                        Stephanie J. Smith (Nevada Bar No. 11280)
                                                        FINK STEINBERG HERNANDEZ MULLER
                                                        3960 Howard Hughes Parkway, Suite 500
                                                        Las Vegas, Nevada 89169
                                                        Telephone: (702) 826-3307
                                                        Facsimile: (702) 826-3327
                                                        sjsmith@finksteinberg.com

                                                        Attorneys for Defendants
                                                        BLACKHEATH BEVERAGE GROUP, LLC,
                                                        ZING HOLDINGS LLC, and JAY HARKINS


Dated: May 29, 2015                                     DAVID OTTO & AFFILIATES, PC

                                                        /s/ David J. Otto
                                        By:             _____
                                                        David J. Otto (Nevada Bar No. 5449)
                                                        1433 North Jones Boulevard
                                                        Las Vegas, NV 89108
                                                        Phone: 702-419-1222
                                                        Fax: 702-778-3670
                                                        davidottolaw@yahoo.com
                                                        Attorney for Plaintiff
                                                        JANE SANTOS

## ORDER

Insurance carriers and/or insurance carrier representatives may attend the Early Neutral Evaluation telephonically.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
UNITED STATES MAGISTRATE JUDGE