1  **RANDY RUMPH**  (SBN:  1198)
2  333 N. Rancho, # 530
   Las Vegas, NV 89106
   PHONE: (702)-631-003
3  FAX: 702-631-5480
   218 H. St.
4  Bakersfield, CA 93304
   PHONE: 661-322-4600
5  FAX: 661-322-8478
   rmrlaw10@sbcglobal.net
6
   ATTORNEY FOR PLAINTIFF JANE SANTOS
7

8                  **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 | JANE SANTOS, an individual,                                 | **CASE NO. 2: 14-CV-02122-JCM (CWH)** |
11 |                                    PLAINTIFF,               |                                        |
12 |   vs.                                                       | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
13 | BLACKHEATH BEVERAGE GROUP, LLC; ZING HOLDINGS, LLC; a Connecticut corporation, JAY HARKINS, an individual. | |
14 |                                                             |                                        |
15 |                                    DEFENDANTS.              |                                        |

16

17      IT IS HEREBY STIPULATED by and between the parties to this action that the above-

18 captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil

19 Procedure 41(a)(1), each party to bear its own costs and attorneys' fees.

20 DATED:   August 13, 2015              /s/ Randy Rumph
                                         _____
21                                       **RANDY RUMPH**
                                         ATTORNEY FOR PLAINTIFF
22

23

24

25

26

27

28                              Page -1-

|    |    |
|----|----|
| 1  | FINK STEINBERG HERNANDEZ MULLER |
| 2  | /s/ Stephanie Smith |
| 3  | **STEPHANIE SMITH**<br>ATTORNEYS FOR DEFENDANTS |

It is hereby ordered that this case is dismissed with prejudice pursuant to the stipulation of the parties above.

_____
UNITED STATES DISTRICT COURT JUDGE
Date: August 14, 2015

Page -2-